OTTO HAHN ET UX V. FARMERS ROYALTY HOLDING COMPANY ET AL.

No. A-560. Decided October 31, 1945.
Rehearing overruled November 28, 1945.
(190 S. W., 2d Series, 62.)

*W. I. Hill,* of Bellville, for petitioners.

*Hollis Massey,* of Columbus, for respondents.

MR. JUSTICE SIMPSON delivered the opinion of the Court.

The conclusions we have reached in Charles Kulow et al. v. Farmers Royalty Holding Company et al, this day decided, are controlling here. What was said there is largely pertinent here. We conclude that the majority of the Court of Civil Appeals correctly disposed of the issues involved (187 S. W. (2d) 930), and, accordingly, its judgment should be ffirmed.

Opinion delivered October 31, 1945.

Rehearing overruled November 28, 1945.